WILLIAM F. DONNELLY, Appellant, *v.* CAROLINE F. WIGHT et al., Respondents.

*Donnelly* v. *Wight,* 120 App. Div. 875, affirmed.
(Argued April 23, 1908; decided May 26, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June

12, 1907, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action to compel the specific performance of a contract for the sale of real property.

*Alton B. Parker* and *William L. Stone, Jr.*, for appellant.

*Charles L. Jones* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.   Not voting: CULLEN, Ch. J., and VANN, J.